## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-04593-RJH

Kopa v. Pfizer, Inc. et al
Assigned to: Richard J. Holwell
Referred to:
Demand: $
Lead Docket: None
Related Cases: 1:04-cv-06704-RJH
1:04-cv-07297-JSR
1:04-cv-06704-RJH
Case in other court: None
Cause: 18:1962 Racketeering (RICO) Act

04 cv 12287
PBS

Date Filed: 06/18/04
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Lorraine Kopa,** *on behalf of herself and all others similarly situated*

represented by **Felecia L Stern**
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
Fax : (212) 779-3218
Email: Stern@bernlieb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith Martin Fleischman**
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
Fax : (212) 779-3218
Email: fleischman@bernlieb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Jeffrey Berg**
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
Fax : (212) 779-3218
Email: berg@bernlieb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Judah Aranoff**
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street

                                        New York, NY 10016
                                        (212) 779-1414
                                        Fax : (212) 779-3218
                                        Email: aranoff@bernlieb.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Pfizer, Inc.**                                represented by  **Erik March Zissu**
                                                      Davis Polk & Wardwell
                                                      450 Lexington Avenue
                                                      New York, NY 10017
                                                      (212) 450-4511
                                                      Fax : 212 450-3511
                                                      Email: zissu@dpw.com
                                                      *ATTORNEY TO BE NOTICED*

**Warner Lambert Company**            represented by  **Erik March Zissu**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/18/2004 | 1 | CLASS ACTION COMPLAINT against Pfizer, Inc., Warner Lambert Company. (Filing Fee $ 150.00, Receipt Number 512395)Document filed by Lorraine Kopa.(jjm, ) Additional attachment(s) added on 6/21/2004 (jjm, ). (Entered: 06/21/2004) |
| 06/18/2004 | | SUMMONS ISSUED as to Pfizer, Inc., Warner Lambert Company. (jjm, ) (Entered: 06/21/2004) |
| 06/18/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) (Entered: 06/21/2004) |
| 06/18/2004 | | Case Designated ECF. (jjm, ) (Entered: 06/21/2004) |
| 06/25/2004 | 2 | NOTICE OF CASE REASSIGNMENT to Judge Shira A. Scheindlin. Judge P. Kevin Castel no longer assigned to the case. (gf, ) Additional attachment(s) added on 6/30/2004 (gf, ). (Entered: 06/30/2004) |
| 06/30/2004 | | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 06/30/2004) |
| 07/14/2004 | 3 | CERTIFICATE OF SERVICE. Pfizer, Inc. served on 6/24/2004, |

| | | |
|---|---|---|
| | | answer due 7/14/2004. Service was accepted by Terrence McCann, Legal Clerk. Document filed by Lorraine Kopa. (MacFall, Timothy) (Entered: 07/14/2004) |
| 07/23/2004 | 4 | NOTICE OF CASE REASSIGNMENT to Judge Richard J. Holwell. Judge Shira A. Scheindlin no longer assigned to the case. (laq, ) (Entered: 07/28/2004) |
| 07/28/2004 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 07/28/2004) |
| 08/13/2004 | | Case Designated ECF. (laq, ) (Entered: 08/17/2004) |
| 08/16/2004 | 5 | STIPULATION AND ORDER, to stay the proceedings pending transfer to MDL, as further set forth in this document. (Signed by Judge Richard J. Holwell on 8/11/04) (cd, ) (Entered: 08/17/2004) |
| 09/17/2004 | 6 | NOTICE of Appearance by Erik March Zissu on behalf of Pfizer, Inc., Warner Lambert Company (Zissu, Erik) (Entered: 09/17/2004) |
| 09/27/2004 | 7 | ORDER RE INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/19/2004 02:30 PM before Richard J. Holwell. (Signed by Judge Richard J. Holwell on 9/22/04) (cd, ) (Entered: 09/27/2004) |
| 10/05/2004 | 8 | SUMMONS RETURNED EXECUTED. Warner Lambert Company served on 6/24/2004, answer due 7/14/2004. Service was accepted by Terrence McCain, Legal Clerk. Document filed by Lorraine Kopa. (Aranoff, Ronald) (Entered: 10/05/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 14:26:37 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Case Number: | 1:04-cv-04593-RJH |
| Billable Pages: | 2 | Cost: | 0.14 |