# United States District Court

Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:        11/30/04

Kopa –v- Pfizer, Inc.

DOCKET NO.  04-cv-4593 (RJH)

Dear Sir/Madam,

Pursuant to an Order of this Court, the above-entitled action is transferred to United States District Court for the District of Massachusetts. The papers enclosed herewith constitute the complaint in this action. A certified copy of the Order of Transfer is included in lieu of the original, which is retained in our files.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

*As Per The Cover sheet
We are sending you the
entire file folder along
with a letter of acknowledgement
of.

                                        Yours truly,
                                J. Michael McMahon, Clerk of Court
                                        Gladys Fusco
                                        Deputy Clerk

Your Court Copy:

                                Federal Express:  8434 1350 4553

RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN
AND ASSIGNED CASE NUMBER:

CASE #_____ON DATE: _____

CASE TRANSFERRED OUT FORM