# New York Southern District
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-04593-RJH

Kopa v. Pfizer, Inc. et al

Assigned to: Richard J. Holwell

Lead Docket: 1:04-cv-04593-RJH

Related Cases: 1:04-cv-06704-JSR

1:04-cv-07297-JSR

1:04-cv-06704-JSR

Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/18/2004

Jury Demand: Plaintiff

Nature of Suit: 470

Racketeer/Corrupt Organization

Jurisdiction: Federal Question

## Plaintiff

-----------------------

**Lorraine Kopa,** *on behalf of herself and all others similarly situated*

represented by **Felecia L Stern**
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
Fax: (212) 779-3218
Email: Stern@bernlieb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith Martin Fleischman**
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
Fax: (212) 779-3218
Email: fleischman@bernlieb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Jeffrey Berg**

Case 1:04-cv-12287-PBS   Document 10-1   Filed 12/02/04   Page 2 of 5

Bernstein Liebhard & Lifshitz,
LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
Fax: (212) 779-3218
Email: berg@bernlieb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Judah Aranoff**
Bernstein Liebhard & Lifshitz,
LLP
10 East 40th Street
New York, NY 10016
(212) 779-1414
Fax: (212) 779-3218
Email: aranoff@bernlieb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
----------------------

**Pfizer, Inc.**          represented by **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

**Warner Lambert Company**     represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2004 | 1 | CLASS ACTION COMPLAINT against Pfizer, Inc., Warner Lambert Company. (Filing Fee $ 150.00, Receipt Number 512395)Document filed by Lorraine Kopa.(jjm, ) Additional attachment(s) added on 6/21/2004 (jjm, ). (Entered: 06/21/2004) |
| 06/18/2004 | | SUMMONS ISSUED as to Pfizer, Inc., Warner Lambert Company. (jjm, ) (Entered: 06/21/2004) |
| 06/18/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) (Entered: 06/21/2004) |
| 06/18/2004 | | Case Designated ECF. (jjm, ) (Entered: 06/21/2004) |
| 06/25/2004 | 2 | NOTICE OF CASE REASSIGNMENT to Judge Shira A. Scheindlin. Judge P. Kevin Castel no longer assigned to the case. (gf, ) Additional attachment(s) added on 6/30/2004 (gf, ). (Entered: 06/30/2004) |
| 06/30/2004 | | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 06/30/2004) |
| 07/14/2004 | 3 | CERTIFICATE OF SERVICE. Pfizer, Inc. served on 6/24/2004, answer due 7/14/2004. Service was accepted by Terrence McCann, Legal Clerk. Document filed by Lorraine Kopa. (MacFall, Timothy) (Entered: 07/14/2004) |
| 07/23/2004 | 4 | NOTICE OF CASE REASSIGNMENT to Judge Richard J. Holwell. Judge Shira A. Scheindlin no longer assigned to the case. (laq, ) (Entered: 07/28/2004) |
| 07/28/2004 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 07/28/2004) |
| 08/13/2004 | | Case Designated ECF. (laq, ) (Entered: 08/17/2004) |

| 08/16/2004 | 5 | STIPULATION AND ORDER, to stay the proceedings pending transfer to MDL, as further set forth in this document. (Signed by Judge Richard J. Holwell on 8/11/04) (cd, ) (Entered: 08/17/2004) |
|---|---|---|
| 09/17/2004 | 6 | NOTICE of Appearance by Erik March Zissu on behalf of Pfizer, Inc., Warner Lambert Company (Zissu, Erik) (Entered: 09/17/2004) |
| 09/27/2004 | 7 | ORDER RE INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/19/2004 02:30 PM before Richard J. Holwell. (Signed by Judge Richard J. Holwell on 9/22/04) (cd, ) (Entered: 09/27/2004) |
| 10/05/2004 | 8 | SUMMONS RETURNED EXECUTED. Warner Lambert Company served on 6/24/2004, answer due 7/14/2004. Service was accepted by Terrence McCain, Legal Clerk. Document filed by Lorraine Kopa. (Aranoff, Ronald) (Entered: 10/05/2004) |
| 11/16/2004 | 9 | ORDER; the pretrial conference presently scheduled for 11/19/04 at 2:30 p.m. is adjourned to December 3, 2004 at 11:00 a.m. in the courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, NY, NY 10007 (Signed by Judge Richard J. Holwell on 11/16/04) (djc, ) (Entered: 11/16/2004) |
| 11/16/2004 |  | Set Deadlines/Hearings: Pretrial Conference set for 12/3/2004 11:00 AM before Richard J. Holwell. (djc, ) (Entered: 11/16/2004) |
| 11/24/2004 | 10 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring the entire file case from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Massachusetts. (Signed by Judge MDL Panel on 10/26/04) (gf, ) (Entered: 11/30/2004) |
| 11/24/2004 |  | MDL TRANSFER OUT: Mailed certified copy of |

| | | |
|---|---|---|
| | | documents numbered 1-10, docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Massachusetts. Mailed via Federal Express AIRBILL # 8434 1350 4553 on 11/30/04. (gf, ) (Entered: 11/30/2004) |
| 11/30/2004 | | Mailed letter to the United States District Court - District of Massachusetts acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (gf, ) (Entered: 11/30/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/06/2004 14:23:14 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-04593-RJH |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |